IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Criminal No: 00-196 |
| STEVEN MICHAEL TIELSCH, | ) (Civil No: 04-1272) |
| Petitioner, | ) 28 U.S.C. § 2255 Action. |

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT PETITIONER RESPECTFULLY APPEALS THE OPINION AND ORDER ISSUED BY THE HONORABLE MAURICE B. COHILL, JR. DATED AUGUST 17, 2005 OF THE ABOVE ENTITLED CASE TO THE THIRD CIRCUIT COURT OF APPEALS. THIS ORDER DENIED RELIEF IN A MOTION TO VACATE, SET ASIDE OR CORRECT AN ILLEGAL SENTENCE.1/

---

1. Petitioner was granted permission to proceed in forma pauperis and requests permission to continue to so proceed in like manner upon the instant appeal. R.App.P. 24 (a)(3).

-1-

FILED

AUG 2 4 2005

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

PROOF OF SERVICE

    Petitioner herein avers that he has forwarded two (2) copies of the enclosed notice of appeal to the Clerk of Court for the Western District of Pennsylvania and one copy to the below listed parties via first class mail. So affirming I have affixed my signature below on this 22nd day of August, 2005 pursuant to 28 U.S.C. § 1746:

| | |
|---|---|
| CC: Kelly Labby, AUSA<br>    U.S. Attorney's Office<br>    700 Grant St, Suite 400<br>    Pittsburgh, Pa. 15219 | Respectfully Submitted,<br>*Steven M. Tielsch*<br>Steven M. Tielsch FK-4834<br>R.D. #10, Box 10<br>Greensburg, Pa. 15601 |

And via Chambers of Judge Cohill.

-2-